| Com. v. Mannepuli [21] | 05/17/2016 88 MAL (2016) | Denied | Pa.Super., 134 A.3d 105 |
|---|---|---|---|
| Com. v. Martone [22] | 05/05/2016 864 MAL (2015) | Denied | Pa.Super., 134 A.3d 100 |
| Com. v. Mason | 04/20/2016 031 WAL (2016) | Denied | Pa.Super., 130 A.3d 148 |
| Com. v. McCants | 04/20/2016 676 EAL (2015) | Denied | Pa.Super., 134 A.3d 493 |
| Com. v. McClelland | 05/18/2016 503 WAL (2015) | Denied | Pa.Super., 133 A.3d 76 |
| Com. v. McLaine | 05/11/2016 949 MAL (2015) | Denied | Pa.Super., 134 A.3d 490 |
| Com. v. Pal [23] | 05/11/2016 922 MAL (2015) | Denied | Pa.Super., 134 A.3d 496 |
| Com. v. Pekular | 05/16/2016 51 WAL (2016) | Denied | Pa.Super., 136 A.3d 1026 |
| Com. v. Pierre | 04/20/2016 770 MAL (2015) | Denied | Pa.Super., 133 A.3d 81 |
| Com. v. Real [24] | 05/10/2016 28 EAL (2016) | Denied | Pa.Super., 134 A.3d 499 |
| Com. v. Ricciardi [25] | 05/11/2016 27 WAL (2016) | Denied | Pa.Super., 135 A.3d 663 |
| Com. v. Rivera [26] | 05/18/2016 690 EAL (2015) | Denied | Pa.Super., 134 A.3d 500 |

**21.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**22.** Justice WECHT did not participate in the consideration or decision of this matter.

**23.** Justice WECHT did not participate in the consideration or decision of this matter.

**24.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**25.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**26.** Justice DONOHUE did not participate in the consideration or decision of this matter.